■ In the Matter of KAYLA C., Appellant. ONONDAGA COUNTY ATTORNEY, Respondent. (Appeal No. 1.) [826 NYS2d 549]—Appeal from an order of the Family Court, Onondaga County (Robert J. Rossi, J.), entered April 27, 2005 in a proceeding pursuant to Family Court Act article 3. The order, among other things, adjudged that respondent is a juvenile delinquent.

■■■■■■■■

from an order of the Family Court, Onondaga County (Robert J. Rossi, J.), entered April 27, 2005 in a proceeding pursuant to Family Court Act article 3. The order adjudged that respondent is a juvenile delinquent and granted respondent a conditional discharge.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Kayla C.* (35 AD3d 1187 [2006]). Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.